```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 16152
    BERNABE ROCHA
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8198

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/05/2007 and was confirmed 11/08/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  29.00%.

     The case was dismissed after confirmation 10/23/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
BANK OF NEW YORK           CURRENT MORTG         .00           .00             .00
BANK OF NEW YORK           MORTGAGE ARRE      764.07           .00          764.07
COUNTRYWIDE                SECURED NOT I  NOT FILED            .00             .00
FIFTH THIRD BANK           SECURED VEHIC     6398.99        304.61         2013.84
FIFTH THIRD BANK           SECURED VEHIC      865.39         33.04          542.64
FISHER & SHAPIRO           NOTICE ONLY    NOT FILED            .00             .00
STAR ISLAND                NOTICE ONLY    NOT FILED            .00             .00
INTERNAL REVENUE SERVICE   PRIORITY             .00            .00             .00
HITCHCOCK AND ASSOCIATES   PRIORITY       NOT FILED            .00             .00
ALLIED INTERSTATE          UNSECURED      NOT FILED            .00             .00
CAPITAL ONE                UNSECURED         448.22            .00             .00
CB USA                     UNSECURED         100.00            .00             .00
CENTRAL CREDIT SERVICES    UNSECURED      NOT FILED            .00             .00
DIRECT MERCHANTS BANK      UNSECURED      NOT FILED            .00             .00
DISCOVER CARD              UNSECURED      NOT FILED            .00             .00
DISCOVER FINANCIAL SERVI   UNSECURED       11530.34            .00             .00
ILLINOIS COLLECTION SERV   NOTICE ONLY    NOT FILED            .00             .00
MACNAL HEALTH NETWORK      UNSECURED      NOT FILED            .00             .00
MACNEAL HOSPITAL           UNSECURED      NOT FILED            .00             .00
MERCHANTS CREDIT GUIDE C   UNSECURED      NOT FILED            .00             .00
MERCHANTS CREDIT GUIDE C   UNSECURED      NOT FILED            .00             .00
MERCHANTS CREDIT GUIDE C   UNSECURED      NOT FILED            .00             .00
METROPOLITAN ADVANCE RAD   UNSECURED      NOT FILED            .00             .00
NICOR GAS                  UNSECURED      NOT FILED            .00             .00
NICOR GAS                  UNSECURED      NOT FILED            .00             .00
TOWN OF CICERO             UNSECURED         345.00            .00             .00
US CELLULAR                UNSECURED      NOT FILED            .00             .00
UNITED COLLECTION BUREAU   UNSECURED         340.00            .00             .00
INTERNAL REVENUE SERVICE   UNSECURED             .00           .00             .00
FIFTH THIRD BANK           UNSECURED      NOT FILED            .00             .00
FIFTH THIRD BANK           UNSECURED      NOT FILED            .00             .00
ILLINOIS DEPT OF REVENUE   UNSECURED         545.29            .00             .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 16152 BERNABE ROCHA
```

```
ROUNDUP FUNDING LLC      UNSECURED         3399.58              .00              .00
INTERNAL REVENUE SERVICE PRIORITY          1888.44              .00          1256.30
INTERNAL REVENUE SERVICE UNSECURED          505.96              .00              .00
THOMAS R HITCHCOCK       DEBTOR ATTY      1,338.50                          1,338.50
TOM VAUGHN               TRUSTEE                                              497.00
DEBTOR REFUND            REFUND                                                  .00
```

       Summary of Receipts and Disbursements:
    ------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
    ------------------------------------------------------------------------------
    TRUSTEE               6,750.00

    PRIORITY                                    1,256.30
    SECURED                                     3,320.55
        INTEREST                                  337.65
    UNSECURED                                        .00
    ADMINISTRATIVE                              1,338.50
    TRUSTEE COMPENSATION                          497.00
    DEBTOR REFUND                                    .00
                         ---------------      ---------------
    TOTALS                6,750.00              6,750.00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 01/27/09                    /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE